1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

MARVIN VERMILLION,

        Plaintiff,

    v.

ROBERT LEALOS, *et al.*,

        Defendants.

Case No. C01-5417FDB

ORDER

15

16

17

       Plaintiff, writing under the name Joseph Anthony Quintana, writes to the Clerk of the Court contending that he does not have any unpaid court costs, and that $42.80 was fraudulently deducted from his Inmate Trust Account between April and May 2005.

18

19

       The Clerk's records reveal that as of June 30, 2005, payments of $105.95 have been made but that $152.05 is still owing.  Therefore, Plaintiff's request to refund the $42.80 is DENIED.

20

       SO ORDERED.

21

       DATED this 1st day of July, 2005.

22

23

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1